MERITAGE REAL ESTATE DEVELOPMENT GROUP, INC., Appellant,

v.

Andrie F. GRIMAUD and Michael R. Marquardt, Appellees.

No. 2007–1090.

United States Court of Appeals, Federal Circuit.

May 9, 2007.

ON MOTION

*ORDER*

Upon consideration of the parties' joint motion to voluntarily dismiss this appeal, dated May 8, 2007,

IT IS ORDERED THAT:

(1) The March 2, 2007 clerk order dismissing this appeal for failure to file a brief is vacated and the mandate issued on that date is recalled.

(2) The May 8, 2007 joint motion to dismiss is granted.

(3) Each side shall bear its own costs.